CLOSED,SEALED

# U.S. District Court
# Western District of Missouri (Springfield)
# CRIMINAL DOCKET FOR CASE #: 6:21−mj−02056−DPR−1 *SEALED*

| | |
|---|---|
| Case title: USA v. Jones | Date Filed: 09/27/2021 |

Assigned to: Magistrate Judge David P. Rush

21-cr-00102-CVE-9

**Defendant (1)**

**Curtis Anthony Jones**  represented by  **Michelle Nahon Moulder**
Federal Public Defender's Office
901 St. Louis, Suite 801
Springfield, MO 65806
(417) 873−9022
Fax: (417) 873−9038
Email: michelle_moulder@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:3583.F | |

**Plaintiff**

**USA** represented by **Randall D. Eggert**
U. S. Attorney's Office
901 St. Louis Street
Suite 500
Springfield, MO 65806
417/831−4406
Fax: 417/831−0078
Email: randy.eggert@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/27/2021 | 1 | | RULE 5 as to Curtis Anthony Jones (1). (Berziel, Karla) (Entered: 09/27/2021) |
| 09/27/2021 | 2 | | NOTICE OF HEARING as to Curtis Anthony Jones. This is the official notice for this hearing. Initial Appearance − Rule 5 set for 9/28/2021 at 10:15 AM in MJ Courtroom, Springfield (DPR) before Magistrate Judge David P. Rush. This is a TEXT ONLY ENTRY. No document is attached. (Berziel, Karla) (Entered: 09/27/2021) |
| 09/28/2021 | 3 | | Minute Entry for proceedings held before Magistrate Judge David P. Rush: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Curtis Anthony Jones held on 9/28/2021. Time in court: 10:10 a.m. to 10:12 a.m. To order a transcript of this hearing please contact Karla Berziel, 417−865−3869. DEFENDANT IN CUSTODY. (Berziel, Karla) (Entered: 09/28/2021) |
| 09/28/2021 | 4 | | WAIVER of Rule 5(c)(3) Hearings by Curtis Anthony Jones. (Berziel, Karla) (Entered: 09/28/2021) |
| 09/28/2021 | 5 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Curtis Anthony Jones. (Berziel, Karla) (Entered: 09/28/2021) |
| 09/28/2021 | 6 | | COMMITMENT TO ANOTHER DISTRICT as to Curtis Anthony Jones. Defendant committed to Northern District of Oklahoma. (Berziel, Karla) (Entered: 09/28/2021) |

```
MIME-Version:1.0
From:ecfMOW.notification@mow.uscourts.gov
To:cmecf_atynotifications@mow.uscourts.gov
Bcc:
--Case Participants:
--Non Case Participants: MarshalsAllDist (usmsmow.ecfnotice@usdoj.gov), Pretrial -
Jefferson City (mow_pts_jc_cmecf@mow.uscourts.gov), Pretrial - Kansas City
(mow_pts_kc_cmecf@mow.uscourts.gov), ProbationAll (mow_dqa@mow.uscourts.gov)
--No Notice Sent:

Message-Id:7552253@mow.uscourts.gov
Subject:Activity in Case 21-2056 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

# U.S. District Court

# Western District of Missouri

### Notice of Electronic Filing

The following transaction was entered on 9/27/2021 at 12:31 PM CDT and filed on 9/27/2021

| | |
|---|---|
| **Case Name:** | USA v. Jones |
| **Case Number:** | 6:21−mj−02056−DPR *SEALED* |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 **NOTICE OF HEARING as to Curtis Anthony Jones. This is the official notice for this hearing. Initial Appearance − Rule 5 set for 9/28/2021 at 10:15 AM in MJ Courtroom, Springfield (DPR) before Magistrate Judge David P. Rush. This is a TEXT ONLY ENTRY. No document is attached. (Berziel, Karla)**

**6:21−mj−02056−DPR *SEALED*−1 Notice has been electronically mailed to:**

**6:21−mj−02056−DPR *SEALED*−1 It is the filer's responsibility for noticing the following parties by other means:**

---

*REDACTED NOTICE FOLLOWS*

---

**This is an automatic e−mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e−mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.**

### U.S. District Court

### Western District of Missouri

**Notice of Electronic Filing**

The following transaction was entered on 9/27/2021 at 12:31 PM CDT and filed on 9/27/2021

| | |
|---|---|
| **Case Name:** | Sealed v. Sealed |
| **Case Number:** | <u>21−2056</u> (Requires CM/ECF login) |
| **Filer:** | Redacted |
| **Document Number:** | Sealed (No document attached) |

**Docket Text:**
**Redacted due to sealed restriction. Docket text can be viewed via the unredacted NEF receipt available <u>here</u>.** (Requires CM/ECF login)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**                        Date: September 28, 2021

vs.                                                 Case No.:   21-mj-2056DPR

**CURTIS ANTHONY JONES**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

Nature of Hearing:   Rule 5(c)(3) Out – Initial Appearance

Time Commenced:   10:10 a.m.                       Time Terminated:  10:12 a.m.

---

APPEARANCES

| | |
|---|---|
| **Plaintiff:** | Megan Chalifoux, AUSA |
| **Defendant:** | Michelle Moulder, FPD |
| **USPPTS:** | Tracy Cowin |

---

Proceedings:   Parties appear as indicated above.  Defendant appears in person.

FPD's appointed for this district only.  Government moves for detention. Defendant advised of rights and questioned as to completion of the waiver of Rule 40 hearings.  Defendant waives the right to an identity hearing and a detention hearing in this district.  Defendant reserves the right to a preliminary and detention hearing in the charging district.  Defendant ordered removed to the Northern District of Oklahoma.

Defendant in custody.

---

**Courtroom Deputy/ERO:  Karla Berziel**

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br><br>CURTIS ANTHONY JONES<br>*Defendant* | Case No. 21-mj-2056DPR<br><br>Charging District's Case No. 21-CR-102-CVE |

### WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Northern District of Oklahoma

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9/28/2021

*(signature)*
Defendant's signature

*(signature)*
Signature of defendant's attorney

Michelle Moulder
Printed name of defendant's attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Criminal Action |
| CURTIS ANTHONY JONES, ) | No. 21-mj-2056DPR |
| ) | |
| Defendant. ) | |

**ORDER APPOINTING COUNSEL**

The above-named defendant having appeared before the United States Magistrate Judge on the 28th day of September, 2021, the United States Magistrate Judge finds that defendant not having waived counsel, it is

ORDERED that the Federal Public Defenders' Office for the Western District of Missouri be, and it is hereby, appointed to represent the defendant before the United States Magistrate Judge in this district.

                                               */s/ David P. Rush*
                                               DAVID P. RUSH
                                               United States Magistrate Judge

Date:   September 28, 2021

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br><br>CURTIS ANTHONY JONES<br><br>*Defendant* | )<br>)  Case No.   21-mj-2056DPR<br>)<br>)  Charging District's<br>)                21-CR-102-<br>)  Case No.   CVE |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the   Northern   District of   Oklahoma   ,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____ .

The defendant:  ☐ will retain an attorney.
☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   9/28/2021

/s/ David P. Rush
*Judge's signature*

David P. Rush United States Magistrate
*Printed name and title*



**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
Southern and Southwestern Divisions
United States Courthouse
222 North John Q. Hammons Parkway
Suite 1400
Springfield, Missouri 65806
(417) 865-3869

Transfer of ☐ Criminal Case   or ☑ Magistrate Case
WDMO Case No.: 21-mj-2056DPR        Case Title: USA v. Curtis Anthony Jones

Dear Sir/Madam:

**Pursuant to** ☑ F.R.Cr.P. 5    ☐ F.R.Cr.P. 32
☑ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to F.R.Cr.P. 20**
☐ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to 18 U.S.C. § 3605 Transfer of Jurisdiction**   ☐ Supervised Release   ☐ Probation
☐ Attached are the last charging document, the judgment and commitment, revocation orders (if any), and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

Sincerely,

Paige Wymore-Wynn, Clerk of Court

By  s/ Karla Berziel
        Deputy Clerk

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to  Karla_Berziel@mow.uscourts.gov

Clerk, U.S. District Court

Date: _____        By _____
                                              Deputy Clerk