Case 4:21-cr-00102-CVE   Document 127 Filed in USDC ND/OK on 10/26/21   Page 1 of 1

CJ/33

AO 442 (Rev. 10/13) Arrest Warrant

SEALED ~~SEALED~~ 9/30/21 unsealed

Received
U.S. Marshals Service
2021 SEP 22 PM 1:33
N/OK

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 21-CR-102-CVE |
| CURTIS ANTHONY JONES | ) |
| *Defendant* | ) |

**FILED**
OCT 26 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     CURTIS ANTHONY JONES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Second Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy
21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461 – Drug and Racketeering Forfeiture

Date: SEP 22 2021

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Mark McCartt, Court Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/22/21, and the person was arrested on *(date)* 9/27/21
At *(city and state)* _____
Date: 10/27/21

*Arresting officer's signature*

KONG VHNG, DOSM
*Printed name and title*

WOR- Arrested in w/mo.

TED/tc