IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-CR-102-CVE |
| | ) |
| CURTIS ANTHONY JONES, | ) |
| | ) |
| Defendant. | ) |

## SPEEDY TRIAL ACT WAIVER

Defendant, Curtis Jones, acknowledges that he has a right to a speedy trial and that this right has been guaranteed to her by the Sixth Amendment to the United States Constitution and the Speedy Trial Act, 18 U.S.C. §3161. Mr. Jones states that he has discussed these rights with his attorney, and freely and voluntarily waives his right to a speedy trial and does not object to a continuance of the trial date in this matter.

Mr. Jones has no objection to an order being entered that all delays resulting from the Motion to declare case complex and extend deadlines and trial (Doc. #144) be excluded under the Speedy Trial Act. Mr. Jones further has no objection to this Court ordering that all delays from December 20, 2021, to March 21 2022, resulting from this continuance be excluded under the Speedy Trial Act and further finding that the ends of justice served by the continuance outweigh the interests of the public and Mr. Jones in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

_/s/ Curtis Jones_
Curtis Jones

Dated: November 15, 2021.

                                                  Terry L. Weber, OBA #10149

## CERTIFICATE OF SERVICE

     I hereby certify that on November 16, 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

     Thomas Duncombe, Assistant United States Attorney

                                                  Terry L. Weber