IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-102-CVE |
| CURTIS ANTHONY JONES, | |
| Defendant. | |

### United States' Notice of *Lis Pendens*

TO: Delaware County Treasurer; Delaware County Board of Commissioners; And All Whom It May Concern:

NOTICE IS HEREBY GIVEN that on September 21, 2021, a Second Superseding Indictment was returned in the United States District Court for the Northern District of Oklahoma, in the foregoing action.

The United States is seeking to forfeit the real property located at 26371 South 650 Road, Grove, Delaware County, Oklahoma, more particularly described as:

> All that lot and parcel of land, together with all buildings, appurtenances, improvements, fixtures, attachments and easements thereon and all rights appertaining thereto located at the premises at 26371 South 650 Road, Grove, Oklahoma 74344, more particularly described as South 298.00 feet of the North 1900.00 feet of the East 494.00 feet of the East ½ Northeast ¼ of Section 21, Township 25 North, Range 24, East of the Indian Base Meridian, Delaware County Oklahoma.
> LESS and EXCEPT: A tract of land in the East ½ Northeast ¼ of Section 21, Township 25 North, Range 24 East of the Indian Base Meridian, Delaware County, Oklahoma, more particularly described as follows: From the Northeast corner of Section 21; thence South 1900 feet; thence North 89° 35' 07" West 329 feet to the point of beginning; thence North 89° 35' 07" 338 feet; thence South 89° 35' 07" East 165 feet; thence South 338 feet to the point of beginning.

Together and along with; 1997 Fleetwood Mobile Home-VIN# SFLV25A389604763B Title #: 211014202006A.

AND

The South 35.00 feet of the North 1602.00 feet of the East 494.00 feet of the East ½ of the Northeast ¼ of Section 21, Township 25 North, Range 24 East of the Indian Base Meridian, Delaware County Oklahoma.

Together will all and singular the tenements, hereditaments and appurtenances thereto belonging.

Title 21, United States Code, Section 853(k) states no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court at Tulsa, Oklahoma.

DATED: December 28, 2021

Respectfully submitted,

CLININT J. JOHNSON
ACTING UNITED STATES ATTORNEY

*/s/ Reagan V. Reininger*
REAGAN V. REININGER, OBA #22326
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK  74119
Telephone: (918) 382-2700
Email:  reagan.reininger@usdoj.gov

## Certificate of Service

    I hereby certify that on December 28, 2021, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

                                            */s/ Janna Tomah*
                                            JANNA TOMAH, Data Analyst