IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CURTIS ANTHONY JONES,<br><br>　　　　Defendant. | Case No. 21-CR-102-CVE-9 |

**Motion for Leave to Dismiss Without Prejudice**

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the United States hereby requests that this Court grant leave to dismiss, without prejudice, Count Four of the Third Superseding Indictment, as to defendant Curtis Anthony Jones only.

Defendant Jones does not oppose this motion.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney
Northern District of Oklahoma

 /s/ Thomas E. Duncombe
Thomas E. Duncombe, DC Bar #1029476
Assistant United States Attorney
110 W. 7th Street, Suite 300
Tulsa, OK 74119-1029
918-382-2700
Thomas.duncombe@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2022, I submitted the foregoing document to the Clerk of the Court using the CM/ECF filing system, which will provide service to the following counsel of record:

Terry Weber,
*Counsel for Curtis Anthony Jones*

                                                 */s/ Thomas E. Duncombe*
                                                 Thomas E. Duncombe
                                                 Assistant United States Attorney