# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-CR-0102-CVE-9 |
| | ) |
| CURTIS ANTHONY JONES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes on for consideration of plaintiff's motion for leave to dismiss without prejudice (Dkt. # 341). Defendant Curtis Anthony Jones is charged in count four of the second superseding indictment and third superseding indictment, and plaintiff requests leave to dismiss the charges without prejudice against this defendant. Under Fed. R. Crim. P. 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." United States v. Robertson, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting Rinaldi v. United States, 434 U.S. 22, 30 (1977)). The Court concludes that dismissal of the charges against defendant is not contrary to the public interest, nor is it for an improper purpose, and plaintiff's motion to dismiss should be granted.

**IT IS THEREFORE ORDERED** that plaintiff's motion for leave to dismiss without prejudice (Dkt. # 341) is **granted**, and the second superseding indictment (Dkt. # 84) and third superseding indictment (Dkt. # 155) are **dismissed without prejudice** as to defendant Curtis Anthony Jones.

**IT IS FURTHER ORDERED** that all scheduling order dates, including the August 15, 2022 jury trial, are hereby **stricken** as to Curtis Anthony Jones.

**DATED** this 8th day of August, 2022.

*Claire V Eagan*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE